Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. (Pending Admittance Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
**Attorneys for Plaintiffs**

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GRANT and MICHELLE GRANT.<br><br>Plaintiffs,<br><br>V.<br><br>PRINCESS CRUISE LINES LTD.<br><br>Defendant | CASE NO.: 2:20-CV-04064-RGK-SK<br><br>~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii) TO DISMISS COMPLAINT<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim |

### PROPOSED ORDER

Based on the foregoing Joint Stipulation and good cause appearing therefore, this Court Orders as follows:

1. The Complaint shall be dismissed in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without costs to any party.

---

1

Proposed Order Granting Joint Stipulation of Dismissal

2. The Court shall retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

Dated: \_\_July 30_____, 2021

*[signature: Gary Klausner]*

_____
Honorable R. Gary Klausner
United State District Court Judge